## Kelly's Estate.

Argued November 27, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*George F. Douglas,* for appellant.

*E. Russell Shockley,* Deputy Attorney General, with him *F. Gilman Spencer,* Special Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, December 8, 1939:

The decree is affirmed on the opinion of the able President Judge of the court below.*

---

* See *Stone's Estate,* 35 D. & C. 615.